

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

---

# ATTENTION
# YOU ARE NOT REGISTERED FOR ELECTRONIC FILING

---

You are listed as counsel of record in this new appeal/petition but you are not registered for electronic filing with this Court. See Ninth Circuit Rule 25-5.

Until you register for electronic filing or provide the Court with proof of an exemption, you will not receive further notice of filings from the Court in this case, including important scheduling orders and orders requiring a response. Failure to respond to a Court order or otherwise meet an established deadline can result in the dismissal of the appeal for failure to prosecute by the Clerk pursuant to Ninth Circuit Rule 42-1, or other action adverse to your client.

Please register for electronic filing with the Court immediately or file a notice/motion to withdraw as counsel from this appeal.

To register for electronic filing, and for more information about Ninth Circuit CM/ECF, visit our website at http://www.ca9.uscourts.gov/cmecf/#section-registration.