# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

| | |
|---|---|
| **9th Cir. Case Number(s)** | 20-35827 |
| **Case Name** | Daniel Mitchell, et al v. Chuck Atkins, et al |
| **Counsel submitting this form** | Joel B. Ard |
| **Represented party/parties** | Daniel Mitchell, Robin Ball, Luke Rettmer, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, |

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs challenge the constitutionality of bans on certain rifle sales enacted by Washington State Initiative No. 1639.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7**           1           Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The district court upheld the challenged bans; the appeal maintains the entire decision is in error.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A

**Signature** s/ Joel B. Ard       **Date** Sep 22, 2020

(use *"s/[typed name]" to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**                       2                       Rev. 12/01/2018