UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL MITCHELL; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>   Intervenor-Defendant - Appellee. | No. 20-35827<br><br>D.C. No. 3:19-cv-05106-JCC<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

  This case is NOT SELECTED for inclusion in the Mediation Program.

  Counsel may contact Circuit Mediator Chris Goelz at chris_goelz@ca9.uscourts.gov to discuss services available through the Circuit Mediation Program or to request a settlement assessment conference.

  Information regarding the mediation program may be found at **www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

Lynn Warton
Deputy Clerk

lw/mediation