

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 02, 2020

---

**To:**      Joel Ard

**From:**    Molly C. Dwyer, Clerk of Court
          By: Liora Anis, Deputy Clerk

**Re:**      Receipt of Deficient Excerpts of Record of Appellants on 12/02/2020

          USCA No. 20-35827      Daniel Mitchell, et al v. Chuck Atkins, et al

---

The referenced excerpts of record cannot be filed for the following reason(s):

- The paper copies of the excerpts of record do not match the electronic version: The Court requires 3 complete paper copies of each volume of excerpts that are identical to the version filed electronically. *See* 9th Cir. R. 30-1.2 and the Court's November 25, 2020 order. **Within 14 days from the date of this notice, submit 3 replacement paper copies of the excerpts of record that are identical to the electronic version.**

When you submit corrections to the excerpts of record, **please return a copy of this letter.**