NO. 20-35827

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL MITCHELL, et al., <br><br> Plaintiffs-Appellants <br><br> v. <br><br> CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, et al., <br><br> Defendants-Appellees <br><br> and <br><br> SAFE SCHOOLS SAFE COMMUNITIES, <br><br> Intervenor-Defendant-Appellee. | APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF AND INCREASE WORD LIMIT |

Appellees Chuck Atkins, Craig Meidl, and Teresa Berntsen, and Intervenor-Defendant-Appellee Safe Schools Safe Communities respectfully request that the Court grant them a 60-day extension to February 26, 2021, to file a joint Answering Brief on behalf of all Appellees. Absent an extension, the brief would be due on December 28, 2020. The Appellees further request an additional 3,000 words be permitted in the Appellees' joint Answering Brief. Appellants do not oppose these requests.

1

## I. ARGUMENT

Under Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), an extension of time may be granted upon written motion supported by a showing of diligence and substantial need. Additionally, pursuant to pursuant to Federal Rule of Appellate Procedure 32 and Ninth Circuit Rule 32-2(a) and (b), a party may exceed the applicable page limit upon a motion showing diligence and extraordinary and compelling need.

Appellees request that the Court exercise its authority to extend the due date for Appellee's Answering Brief by 60 days, from December 28, 2020, to February 26, 2021. Declaration of Zachary Pekelis Jones ("Jones Decl."), ¶¶ 3, 4. As set forth in the undersigned's declaration, an extension of time is necessary to (1) complete Appellees' consolidated briefing, (2) facilitate review and input with four separate clients (including three unaffiliated governmental officials), and (3) accommodate counsels' other significant professional obligations and the winter holidays. *Id.*, ¶¶ 5, 6. Appellees have exercised diligence and will file the joint Answering Brief within the time requested. *Id*. The requested extension is unopposed. *Id.*, ¶ 6.

Moreover, as indicated, Appellees intend to file a joint Answering Brief. Circuit Rule 32-2(b) provides for an automatic grant of an additional five pages

or 1,400 words to separately represented parties that are filing a joint brief. Here, the four separately represented Appellees intend to file a single, consolidated Answering Brief. An additional 1,600 words beyond the automatic grant (for a total of 3,000 extra words) are necessary to allow the Appellees to fully address the detailed record and various legal issues presented in this case. *Id*., ¶ 8

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests the Court grant a 60-day extension for the filing of Appellees' Answering Brief, from December 28, 2020, to February 26, 2021, as well as an additional 3,000 words beyond the limit set by the Court for the joint brief.

RESPECTFULLY SUBMITTED this 18th day of December 2020.

ROBERT W. FERGUSON
Attorney General

NOAH G. PURCELL,
WSBA No. 43492
Solicitor General

*s/ Zachary Pekelis Jones*
JEFFREY T. EVEN,
WSBA No. 20367
Deputy Solicitor General
jeffrey.even@atg.wa.gov
ZACHARY PEKELIS JONES,
WSBA No. 44557

R. JULY SIMPSON,
WSBA No. 45869
BRENDAN SELBY,
WSBA No. 55325
Assistant Attorneys General
Complex Litigation Division
zach.jones@atg.wa.gov
july.simpson@atg.wa.gov
brendan.selby@atg.wa.gov
DIONNE PADILLA-HUDDLESTON,
WSBA No. 38356
Assistant Attorney General
Licensing and Administrative Law Division
dionnep@atg.wa.gov
lalseaef@atg.wa.gov
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

*Attorneys for Defendant Teresa Berntsen*


PACIFICA LAW GROUP LLP

*/s/ Gregory J. Wong*
PAUL J. LAWRENCE,
WSBA No. 3557
GREGORY J. WONG,
WSBA No. 39329
NICHOLAS W. BROWN,
WSBA No. 33586
KAI A. SMITH,
WSBA No. 54749
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
Telephone: (206) 245-1700

*Attorneys for Intervenor-Defendant Safe Schools Safe Communities*

/s/ Leslie A. Lopez
LESLIE A. LOPEZ,
WSBA No. 46118
Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
P.O. Box 5000
Vancouver, WA 98666-5000
(564) 397-2478
leslie.lopez@clark.wa.gov

*Attorney for Defendant Chuck Atkins*

/s/ Salvatore J. Faggiano
SALVATORE J. FAGGIANO,
WSBA No. 15696
Assistant City Attorney
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA 99201-3326
Telephone: (509) 625-6818
Fax: (509) 625-6277
sfaggiano@spokanecity.org

*Attorney for Defendant Craig Meidl*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2020, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 18th day of December 2020.

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES,
WSBA No. 44557
