NO. 20-35827

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL MITCHELL, et al., <br><br> Plaintiffs-Appellants <br><br> v. <br><br> CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, et al., <br><br> Defendants-Appellees <br><br> and <br><br> SAFE SCHOOLS SAFE COMMUNITIES, <br><br> Intervenor-Defendant-Appellee. | DECLARATION OF ZACHARY PEKELIS JONES IN SUPPORT OF APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF AND INCREASE WORD LIMIT |

I, Zachary Pekelis Jones, declare as follows:

1.    I am an Assistant Attorney General in the Complex Litigation Division of the Office of the Attorney General of the State of Washington. In that capacity, I represent Defendant-Appellee Teresa Berntsen in this matter. I am over 18 and make this declaration based on my personal knowledge.

2.    I have conferred with counsel for Appellees Atkins, Meidl, and Safe Schools Safe Communities, regarding Appellant's Opening Brief and Appellees'

1

Answering Brief. Appellees intend to file a consolidated, joint Answering Brief on behalf of all Appellees. I have also conferred with counsel regarding their respective schedules and professional obligations occurring in the remainder of 2020 and early 2021.

3. Appellant's Opening Brief was filed on November 25, 2020. Pursuant to this Court's Time Schedule Order, Appellees' Answering Brief is due on December 28, 2020.

4. Appellees respectfully request an extension of 60 days is to file their joint Answering Brief, extending the deadline to Friday, February 26, 2021. This is the first extension requested.

5. This extension is necessary. Due to numerous other professional obligations, counsel for Appellees have been unable to devote their full time and attention to this appeal. Counsel currently have appellate and trial briefs due in multiple other cases, and have been occupied with numerous trial court matters, including discovery, mediation, depositions, dispositive motions practice, and hearings. Such matters will continue to occupy a significant portion of counsels' time in the coming months. Specifically, attorneys for Appellee Berntsen (the principal Appellee in this litigation) are currently lead counsel defending the State of Washington against challenges to various restrictions imposed in response to

the COVID-19 pandemic in numerous state and federal courts (including this one). To manage counsel for Appellees' workload in the coming months, additional time is therefore necessary to draft and revise the Answering Brief, confer amongst the separate counsel, and enable client review.

6. The restrictions imposed by the COVID-19 pandemic have also affected counsels' ability to file the Answering Brief under the current schedule, particularly given the winter holidays. Due to the pandemic, counsel for Appellees also working primarily from home and coordinating remotely with each other and with their respective legal assistants, which slows down the typical collaboration process. Additionally, some of Appellees' counsel have school-aged children, some of whom are, due to the pandemic, engaging in remote learning at home and require some attention during the day.

7. Counsel for Appellees have exercised due diligence and have worked late nights and weekends to meet their existing professional obligations. If the requested extension is granted, the brief will be filed by February 26, 2021.

8. Additional words in the Answering Brief are necessary to fully address the detailed record and complex legal issues presented in this case, particularly in light of the presence of four separately represented Appellees.

9. Counsel for Appellees have conferred with lead counsel for Appellants in this case, who confirmed that Appellants do not object to this motion.

10. The court reporter is not in default with regard to any designated transcripts.

RESPECTFULLY SUBMITTED this 18th day of December 2020.

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2020, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 18th day of December 2020.

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES,
WSBA No. 44557