UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL MITCHELL; et al.,<br><br>  Plaintiffs-Appellants,<br><br> v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; et al.,<br><br>  Defendants-Appellees,<br><br> and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>  Intervenor-Defendant-Appellee. | No.   20-35827<br><br>D.C. No. 3:19-cv-05106-JCC<br>Western District of Washington, Tacoma<br><br>ORDER |

The appellees' motion (Docket Entry No. 14) for an extension of time to file the answering brief is granted.

The answering brief is due February 26, 2021. The optional reply brief is due within 21 days after service of the answering brief.

The appellees' motion for leave to file an oversized answering brief (included within Docket Entry No. 14) is denied without prejudice to a renewed motion accompanied by a copy of the proposed oversized brief. *See* 9th Cir. R. 32-2(a) (revised Dec. 1, 2020); *see also* Circuit Advisory Committee Note to 9th Cir. R. 32-2 (revised Dec. 1, 2020).

tah/12.14.20/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7