NO. 20-35827

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DANIEL MITCHELL, et al.,

Appellants,

v.

CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, et al.,

Defendants-Appellees

and

SAFE SCHOOLS SAFE COMMUNITIES,

Intervenor-Defendant-Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
No. 3:20-cv-05106-JCC
The Honorable Judge John C. Coughenour, United States District Court

## APPELLEES' JOINT SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME

ROBERT W. FERGUSON
  *Attorney General*
NOAH G. PURCELL
  *Solicitor General*
Zachary Pekelis Jones, WSBA 44557
R. July Simpson, WSBA 45869
  *Assistant Attorneys General*
Jeffrey T. Even, WSBA 20367
  *Deputy Solicitor General*
Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104
(206) 464-7744
*Counsel for Appellee Teresa Berntsen*

Salvatore J. Faggiano WSBA 15696
  *Assistant City Attorney*
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA 99201-3326
(509) 625-6818
*Counsel for Defendant Craig Meidl*

Paul J. Lawrence, WSBA 13557
Gregory J. Wong, WSBA 39329
Nicholas W. Brown, WSBA 33586
Kai A. Smith, WSBA 54749
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
Telephone: 206-240-1700
Facsimile: 206-240-1750800
*Counsel for Appellee Safe Schools Safe Communities*

Leslie A. Lopez, WSBA 46118
Deputy Prosecuting Attorney
Clark County Prosecutor's Office
PO Box 5000
Vancouver, WA 98666-5000
(564) 397-2478
*Counsel for Defendant Chuck Atkins*

# INDEX

| Document | File Date | Dist. Ct. Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| Everytown for Gun Safety Support Fund's Amicus Brief in Support of Defendants' and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 7/2/2020 | 113 | 2–28 |
| Declaration of Bonnie E. MacNaughton in Support of Brief of Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady in Support of Defendants and Intervenor-Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 7/1/2020 | 112 | 29–34 |
| Exhibits 11 & 16 to Declaration of Bonnie E. MacNaughton in Support of Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady in Support of Defendants and Intervenor-Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 7/1/2020 | 112-2 | 35–46 |
| Exhibits 20 & 23 to Declaration of Bonnie E. MacNaughton in Support of Amici Curiae Giffords Law Center to Prevent Gun Violence and Brady in Support of Defendants and Intervenor-Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 7/1/2020 | 112-3 | 47–55 |
| Brief of Amici Curiae Giffords Law Center to Prevent Gun Violence and | 7/1/2020 | 111 | 56–75 |

| Document | File Date | Dist. Ct. Dkt. No. | SER No. |
|---|---|---|---|
| Brady in Support of Defendants and Intervenor-Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | | | |
| Defendants and Intervenor-Defendant's Reply in Support of Motion for Summary Judgment | 5/22/2020 | 105 | 76–99 |
| Declaration of Terri Johnson in Support of Defendants' Motion for Summary Judgment | 3/31/2020 | 95 | 100–105 |
| Declaration of R. July Simpson in Support of Defendants and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 94 | 106–113 |
| Excerpts of Exhibits A–J to Declaration of R. July Simpson in Support of Defendants and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 94-1 | 114–233 |
| **VOLUME 2 of 4** | | | |
| Excerpts of Exhibits K–T to Declaration of R. July Simpson in Support of Defendants and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 94-2 | 235–368 |
| Excerpts of Exhibits U–DD to Declaration of R. July Simpson in Support of Defendants and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 94-3 | 369–456 |

| Document | File Date | Dist. Ct. Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 3 of 4** | | | |
| Excerpts of Exhibits EE–PP to Declaration of R. July Simpson in Support of Defendants and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 94-4 | 458–551 |
| Declaration of April Schentrup In Support of Defendants' and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 93 | 552–560 |
| Declaration of Frederick P. Rivara, MD, MPH with excerpts of Exhibit A attached | 3/31/2020 | 92 | 561–583 |
| Declaration of Jennifer Richards with Exhibits A and B attached | 3/31/2020 | 91 | 584–591 |
| Declaration of Paul Kramer in Support of Defendants' and Intervenor-Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 90 | 592–597 |
| Declaration of Mark D. Jones with Exhibits A and B attached | 3/31/2020 | 89 | 598–657 |
| Declaration of Sara B. Johnson, PhD, MPH, with Exhibit A attached | 3/31/2020 | 88 | 658–702 |
| Declaration by Kateri Candee in Support of Defendants' Motion for Summary Judgment with Exhibits A–E attached | 3/31/2020 | 87 | 703–746 |
| **VOLUME 4 of 4** | | | |
| Declaration of Brandi Belcher in Support of Defendants' Motion for Summary Judgment | 3/31/2020 | 86 | 748–754 |

| Document | File Date | Dist. Ct. Dkt. No. | SER No. |
|---|---|---|---|
| Declaration of Elizabeth H. Aylward, Ph.D. with Exhibit A attached | 3/31/2020 | 85 | 755–797 |
| Defendants and Intervenor Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | 3/31/2020 | 84 | 798–852 |
| Declaration of Zachary Pekelis Jones in Support of Defendant Berntsen's Motion to Exclude Expert Testimony of Sheriff Ozzie Knezovich | 3/10/2020 | 78 | 853–855 |
| Exhibit A (Report of Ozzie Knezovich) to Declaration of Zachary Pekelis Jones in Support of Defendant Berntsen's Motion to Exclude Expert Testimony of Sheriff Ozzie Knezovich | 3/10/2020 | 78-1 | 856–868 |
| Order Dismissing Plaintiff Armen Tooloee | 2/14/2020 | 75 | 869–870 |
| First Amended Complaint for Declaratory and Injunctive Relief | 3/4/2019 | 17 | 871–883 |