No. 20-35827

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,

   *Plaintiffs—Appellants*,

v.

CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,

   *Defendants—Appellees*,

and

SAFE SCHOOLS SAFE COMMUNITIES,

   *Defendant-Intervenor— Appellee.*

APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF

  Appellants Daniel Mitchell, Robin Ball, Luke Rettmer, Nathaniel Casey, Matthew Wald, Second Amendment Foundation, and National Rifle Association respectfully request that the Court grant them a 60-day extension to May 17, 2021, to file a Reply Brief to the joint brief submitted on behalf of all Appellees. Absent an extension, the brief would be due on March 19, 2021. Appellees do not oppose this request.

UNOPPOSED MOTION FOR EXTENSION OF TIME - 1
No. 20-35827

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

## I. Argument

Under Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), an extension of time may be granted upon written motion supported by a showing of diligence and substantial need.

Appellants request that the Court exercise its authority to extend the due date for the Reply Brief by 60 days, from March 17, 2021, to May 17, 2021. Declaration of Joel B. Ard ("Ard Decl."), ¶¶ 3, 4. As set forth in declaration, an extension of time is necessary to (1) review and respond to complete Appellees' consolidated briefing and the over 850 additional pages of record excerpts filed, (2) facilitate review and input with seven separate clients, and (3) accommodate counsels' other significant professional obligations. Id., ¶¶ 5, 6. Appellants have exercised diligence and will file the Reply Brief within the time requested. Id. The requested extension is unopposed. Id., ¶ 6.

## II. Conclusion

For the foregoing reasons, Appellant respectfully requests the Court grant a 60-day extension for the filing of the Reply Brief, from March 19, 2021, to May 17, 2021.

Respectfully submitted,

March 5, 2021.

Ard Law Group PLLC

By: _____
Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Attorneys for Plaintiffs—Appellants

Unopposed Motion for Extension of Time - 2
No. 20-35827

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this Unopposed Motion For An Extension Of Time To File A Reply Brief, together with the Declaration Of Joel B. Ard, with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

All participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ARD LAW GROUP PLLC

By _/s/ Joel B. Ard_

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs—Appellants

CERTIFICATE OF SERVICE
No. 20-35827

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243