No. 20-35827

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,

   *Plaintiffs—Appellants*,

v.

CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington, CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington, and TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,

   *Defendants—Appellees*,

and

SAFE SCHOOLS SAFE COMMUNITIES,

   *Defendant-Intervenor—Appellee.*

DECLARATION OF JOEL B. ARD
IN SUPPORT OF
APPELLANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE
A REPLY BRIEF

I, Joel B. Ard, declare as follows:

1. I am counsel on for the Appellants. I am over 18 and make this Declaration on my personal knowledge.

2. Appellee's Joint Response Brief was filed on February 26, 2021, pursuant to this Court's Time Schedule Order and a subsequent Order granting Appellees an additional 60 days in which to file the Response Brief.

ARD DECL. ISO MOTION FOR EXTENSION OF TIME - 1
No. 20-35827

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

3. Pursuant to this Court's Time Schedule Order, Appellants' Reply Brief is due on March 19, 2021.

4. Appellants respectfully request an extension of 60 days to file their Reply Brief, extending the deadline to Monday, May 17, 2021. This is the first extension requested.

5. This extension is necessary. Due to numerous other professional obligations, undersigned counsel cannot devote his full time and attention to this appeal. Counsel currently has briefs due in multiple other cases, and is occupied with numerous trial and appeal matters, including discovery, mediation, dispositive motions practice, and hearings. Such matters will continue to occupy a significant portion of counsel's time in the coming months.

6. The Joint Response Brief of Appellants included several hundred additional pages of excerpts of the record which require significant time to review in order to respond.

7. To manage my workload in the coming months, additional time is therefore necessary to draft and revise the Reply Brief and enable client review by seven separate parties.

8. The restrictions the Washington State government continues to impose have also affected counsel's ability to file the Reply Brief under the current schedule. Due to the Governor's ongoing emergency restrictions, counsel's school-aged children are compelled to engage in remote learning at home and therefore require attention during the day.

9. Counsel has exercised due diligence and worked late nights and weekends to meet these existing professional obligations. If the requested extension is granted, the brief will be filed by May 17, 2021.

10. Counsel for Appellants has conferred with counsel for Appellees in this case, who confirmed that Appellees do not object to this motion.

///
///
///
///
///

Ard Decl. iso Motion for Extension of Time - 2
No. 20-35827

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

March 5, 2021.

By: /s/ Joel B. Ard
Joel B. Ard, WSBA # 40104

Ard Decl. iso Motion for Extension of Time - 3
No. 20-35827

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243