UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL MITCHELL; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>        Intervenor-Defendant - Appellee. | No. 20-35827<br><br>D.C. No. 3:19-cv-05106-JCC<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

      The amicus brief submitted by Giffords Law Center to Prevent Gun Violence and Brady on March 5, 2021 is filed.

      Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7