UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL MITCHELL; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> SAFE SCHOOLS SAFE COMMUNITIES, <br><br> Intervenor-Defendant-Appellee. | No. 20-35827 <br><br> D.C. No. 3:19-cv-05106-JCC <br> Western District of Washington, Tacoma <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 22) for an extension of time to file the optional reply brief is granted. The optional reply brief is due May 17, 2021.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo