|  | UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | JUN 23 2021 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DANIEL MITCHELL; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>        Intervenor-Defendant-Appellee. | No.   20-35827<br><br>D.C. No. 3:19-cv-05106-JCC<br>Western District of Washington, Tacoma<br><br>ORDER |

This appeal shall be held in abeyance pending the issuance of the mandate in 20-56174, <u>Jones v. Becerra</u>; or upon further of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Halina Larman
Deputy Clerk
Ninth Circuit Rule 27-7

2