# Ard Law Group

Complex Litigation

Ms. Molly C. Dwyer
Clerk of Court, Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

July 15, 2021

Re: *Daniel Mitchell, et al. v. Charles Atkins, et al.*, No. 20-35827
Fed. R. App. P. 28(j) Letter

Dear Ms. Dwyer:

Appellants submit as supplemental authority the recent decision of the United States Court of Appeals for the Fourth Circuit in *Hirschfeld v. Bureau of Alcohol, Firearms, Tobacco & Explosives*, No. 19-2250, —F.3d—, 2021 WL 2934468 (4th Cir. July 13, 2021).

Evaluating a challenge to federal laws that barred federally licensed gun dealers from selling handguns to 18 to 20 year old adults, the Court held "that 18-year-olds possess Second Amendment rights. They enjoy almost every other constitutional right, and they were required at the time of the Founding to serve in the militia and furnish their own weapons." *Id.* at *1. It based this conclusion on, among other things, "[t]he historical evidence from the Founding shows that 18- to 20-year-olds are protected by the Second Amendment. Founding-era militia laws provide powerful historical evidence. Near the time of ratification, the federal government and every state required 18-year-old men to be part of the militia and bring their own arms. . . This evidences the Founding public's understanding that the 'militia,' and thus the Second Amendment, encompassed 18-year-olds." *Id.* at *13 (internal citation omitted).

The Court also held that the ban on sale to young adults did not survive as "conditions and qualifications on the commercial sale of arms." *Id.* at *6. Instead, "the substance of the challenged laws dictates that they are a functional prohibition on buyers, not a mere condition or qualification on sellers." *Id.* at *7.

For these reasons and all those set out in Appellants' Brief, this Court should reverse the District Court.

Yours,

Joel B. Ard
Ard Law Group PLLC

Daniel Mitchell, et al. v. Charles Atkins, et al., No. 20-35827 – 1

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243