# Ard Law Group

Complex Litigation

Ms. Molly C. Dwyer
Clerk of Court, Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

June 27, 2022

Re: *Daniel Mitchell, et al. v. Charles Atkins, et al.*, No. 20-35827
Fed. R. App. P. 28(j) Letter

Ms. Dwyer:

Appellants submit as supplemental authority the recent decision of the United States Supreme Court in *New York State Rifle & Pistol Assn. v. Bruen*, No. 20-843, —U.S.—, 2022 WL 2251305 (June 23, 2022).

The Court's decision eliminated the two-step analysis the court below applied to this Second Amendment challenge to a state law, following now-overruled precedent of this Court. The Supreme Court also clarified the process by which courts should evaluate and apply the historical record when considering whether a particular state restriction on firearms falls within or without the scope of protections afforded citizens by the Second Amendment. Applying the "text, history, and tradition" as required by *Bruen*, the challenged restrictions fail to pass constitutional muster.

For these reasons and all those set out in Appellants' Brief, this Court should reverse the District Court.

Yours,

Joel B. Ard
Ard Law Group PLLC