UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 2 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL MITCHELL; ROBIN BALL; LUKE RETTMER; NATHANIEL CASEY; MATTHEW WALD; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION,<br><br>   Plaintiffs-Appellants,<br><br> v.<br><br>CHUCK ATKINS, in his official capacity as the Sheriff of Clark County, Washington; CRAIG MEIDL, in his official capacity as the Chief of Police of Spokane, Washington; TERESA BERNTSEN, in her official capacity as the Director of the Washington State Department of Licensing,<br><br>   Defendants-Appellees,<br><br> and<br><br>SAFE SCHOOLS SAFE COMMUNITIES,<br><br>  Intervenor-Defendant-Appellee. | No. 20-35827<br><br>D.C. No. 3:19-cv-05106-JCC Western District of Washington, Tacoma<br><br>ORDER |

The unopposed motion to vacate and remand (Docket Entry No. 61) is granted. The district court's judgment is vacated in its entirety, and the case is remanded for further proceedings consistent with the United States Supreme Court's

decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). This order constitutes the mandate of this court.

**VACATED and REMANDED.**

BY AND AT THE DIRECTION OF
THE COURT

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7